IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **CLIFTON M. ELLISON,** | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 3:07-CV-31 (CDL) |
| **MICHAEL J, ASTRUE, Commissioner of Social Security,** | |
| Defendant. | |

## RECOMMMENDATION

Subsequent to the filing of an answer by the defendant, plaintiff has filed a motion to dismiss this appeal of an unfavorable decision by the Commissioner of Social Security. The daily summary of the electronic filings for this court for this date indicates that the attorney for the defendant has no objections to the dismissal of this action. Accordingly, it is the recommendation of the undersigned that plaintiff's motion to dismiss be **GRANTED** without prejudice. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Clay D. Land, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 8th day of August 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE